AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simon, Michael H. | U.S. District Court, Oregon | 05/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1327 United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Classroom Law Project |
| 2. | Administrator (estate closed 09/13/11) | Estate # 1 |
| 3. | Partner (resigned 06/29/11) | Perkins Coie, LLP |
| 4. | Vice President (resigned 06/29/11) | Perkins Coie Oregon, P.C. |
| 5. | Member (minority interest; no control or managerial responsibility) | Innsmouth Partners, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Perkins Coie Oregon, P.C. has agreed to pay me my law firm capital account of $172,783 on June 29, 2012 (12 months after I left my law firm partnership). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Perkins Coie Oregon, P.C. (wages) | $215,250.80 |
| 2. 2011 | Samuel French, Inc. (theatrical royalties for "The Odd Couple") | $15,111.23 |
| 3. 2011 | International Authors Society (theatrical royalties for "The Odd Couple") | $8,200.12 |
| 4. 2011 | HMH Supplemental Publishers, Inc. (book royalties for "The Odd Couple") | $833.33 |
| 5. 2011 | Tams-Witmark Music Library, Inc. (theatrical royalties for "Promises, Promises") | $280.32 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Legislative Assembly, State of Oregon (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U S Bank (checking, savings, CD) | C | Interest | O | T | | | | | |
| 2. Bank of America (checking and savings) | A | Interest | J | T | | | | | |
| 3. Key Bank (checking and savings) | A | Interest | J | T | | | | | |
| 4. OnPoint Community Credit Union (checking) | A | Interest | J | T | Open | 07/25/11 | L | | |
| 5. Perkins Coie Oregon, P.C. (capital account) | D | Interest | M | T | | | | | |
| 6. Microsoft Corporation (common stock) | | None | | | Sold | 01/19/11 | M | G | |
| 7. Procter & Gamble (common stock) | A | Dividend | | | Sold | 01/22/11 | K | E | |
| 8. Brokerage # 1 (401k) | | | | | | | | | |
| 9. -- Vanguard Capital Opportunity mutual fund | C | Distribution | L | T | | | | | |
| 10. -- Vanguard Emerging Markets Stock Index mutual fund | C | Distribution | L | T | | | | | |
| 11. -- Vanguard Energy mutual fund | C | Distribution | L | T | | | | | |
| 12. -- Vanguard European Stock Index mutual fund | C | Distribution | K | T | | | | | |
| 13. -- Vanguard Health Care mutual fund | C | Distribution | L | T | | | | | |
| 14. -- Vanguard Inflation-Protected Securities mutual fund | D | Distribution | M | T | Sold (part) | 02/01/11 | L | C | |
| 15. -- Vanguard PRIMECAP mutual fund | D | Distribution | M | T | Buy (add'l) | 06/08/11 | K | | |
| 16. -- Vanguard REIT Index mutual fund | D | Distribution | M | T | | | | | |
| 17. -- Vanguard Global ex-U.S. Real Estate Index mutual fund | D | Distribution | L | T | Buy | 02/01/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard (Perkins Coie) Cash Balance Plan | D | Distribution | M | T | | | | | |
| 19. Brokerage # 2 (stocks, bonds, cash, and IRAs) | | | | | | | | | |
| 20. -- Ameriprise cash holding account | B | Interest | K | T | | | | | |
| 21. -- Oregon State Dept. of Admin. Services municipal bond | C | Interest | M | T | | | | | |
| 22. -- Ameriprise Activie Diversified Fund (no control) | E | Distribution | O | T | | | | | |
| 23. -- Blackrock Global Allocation mutual fund | B | Distribution | K | T | Sold (part) | 10/28/11 | J | A | |
| 24. -- Franklin Templeton Growth Allocation mutual fund | B | Distribution | K | T | | | | | |
| 25. -- Manning & Napier Pro-Blend Extended Term mutual fund | B | Distribution | K | T | Sold (part) | 10/28/11 | J | A | |
| 26. -- MFS Aggressive Growth mutual fund | C | Distribution | L | T | | | | | |
| 27. -- MFS Growth mutual fund | C | Distribution | L | T | | | | | |
| 28. -- Neuberger Berman Socially Responsible mutual fund | B | Distribution | K | T | Sold (part) | 10/28/11 | J | A | |
| 29. -- Van Eck International Investors Gold mutual fund | B | Distribution | K | T | | | | | |
| 30. Brokerage # 3 (stocks and cash) | | | | | | | | | |
| 31. -- Microsoft Corporation (common stock) | | None | | | Sold | 01/27/11 | J | A | |
| 32. -- Cash holding account | | None | | | Sold | 01/27/11 | J | | |
| 33. Brokerage # 4 | | | | | | | | | |
| 34. -- Fidelity Advisor 529 100% Equity Portfolio mutual fund | B | Int./Div. | K | T | Sold (part) | 06/01/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual Life Ins. (life ins. cash value) | B | Int./Div. | L | T | | | | | |
| 36. MetLife GVUL Life Ins. (life ins. cash value) | | | | | | | | | |
| 37. -- Fidelity VIP Index 500 Portfolio mutual fund | | | | | Redeemed | 07/27/11 | L | | |
| 38. Gold Coins | | None | M | T | Sold (part) | 01/13/11 | K | E | |
| 39. TWB Investment Partnership, L.P. (no control) | A | Distribution | J | W | | | | | |
| 40. TWB Investment Partnership II, L.P. (no control) | A | Distribution | J | W | | | | | |
| 41. 1201 Venture Investments, L.P. (no control) | A | Distribution | J | W | | | | | |
| 42. Innsmouth Partners, LLC (no control) | | None | J | T | Buy | 08/11/11 | J | | David Edwards |
| 43. Bonamici for Congress (▮▮▮ loan to campaign) (X) | | None | M | T | Buy | 09/30/11 | M | | |
| 44. Estate # 1 (Administrator) | | | | | | | | | |
| 45. -- U S Bank (checking and money market accounts) | A | Interest | | | Distributed | 09/13/11 | O | | Beneficiary of estate |
| 46. -- Samuel French, Inc. ("The Odd Couple") | A | Royalty | | | Distributed | 09/13/11 | J | | Beneficiary of estate |
| 47. -- International Authors Society ("The Odd Couple") | A | Royalty | | | Distributed | 09/13/11 | J | | Beneficiary of estate |
| 48. -- Tams-Witmark Music Library, Inc. ("Promises, Promises") | A | Royalty | | | Distributed | 09/13/11 | J | | Beneficiary of estate |
| 49. -- Lost in Yonkerts, L.P. ("Lost in Yonkers") | A | Royalty | | | Distributed | 09/13/11 | J | | Beneficiary of estate |
| 50. Oregon Savings Growth Plan (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, line 5 and Part VII, Line 42. Innsmouth Partners, LLC is a movie production company. [          ] own a minority interest and exercise no control or managerial responsibility.

2. Part VII, lines 4 and 43. In 2011, [                    ], successfully ran for Congress (OR-1) in a special election. Using jointly-owned funds, she opened an account in her own name at OnPoint Community Credit Union (line 4) on July 25, 2011, which then became her own personally-owned property. On September 30, 2011, using her own funds from this account at OnPoint Community Credit Union, [       ] loaned her political campaign (Bonamici for Congress) $200,000 in an interest-free loan, which has not yet been repaid. Thus, at the end of this reporting perdiod, Bonamici for Congress owes [     ] $200,000.

3. Part VII, line 34. At various times in 2011, I withdrew funds from [        ] 529 college savings account to pay for their qualified educational expenses.

4. Part VII, lines 44-49. Estate # 1 was closed in 2011. As the Administrator, I paid all of the expenses of the estate and distributed all of the net assets of the estate to the sole beneficiary, [          ]

5. Part VII, line 50. After filing my Nomination Financial Disclosure Report dated January 5, 2011, I learned that [                  ], personally owned a vested deferred compensation account ("Oregon Savings Growth Plan") from [  ] service as a state legislator in Oregon. At the end of 2011, that asset was worth $6,767.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544